| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JOHN PAUL REICHMUTH |
| | Assistant Federal Public Defender |
| 3 | 555 12th St. – Suite 650 |
| | Oakland, CA 94607-3627 |
| 4 | Tel. (510)-637-3500 |
| 5 | Counsel for Defendant GRAHAM |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00502-MJJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER FOR |
| v. | ) | CONTINUANCE AND EXCLUSION |
| | ) | OF TIME UNDER THE SPEEDY |
| | ) | TRIAL ACT, 18 U.S.C. § 3161 ET |
| ROBERT GRAHAM, | ) | SEQ. |
| | ) | |
| Defendant. | ) | |

## ORDER

Based on the reasons provided in the stipulation of the parties, the court hereby FINDS:

The ends of justice served by vacating the STATUS date currently set for October 6, 2006 and setting the matter down for STATUS HEARING on January 19, 2006 at 2:30 p.m. outweigh the best interests of the public and the defendant in a speedy and public trial because counsel are reviewing discovery, and additional investigation and review are necessary to the defense preparation of the case.

Based on these findings, and to the extent applicable, it is ORDERED that time be excluded

- 1 -

1  under the speedy trial act, 18 U.S.C. Section 3161(H) (8)(A) and (B)(iv) from October 6, 2006
2  until January 19, 2007.
3      IT IS FURTHER ORDERED that the STATUS date of October 6, 2006 at 2:30 p.m., before
4  the Honorable Martin J. Jenkins, be vacated and reset as a STATUS on January 19, 2007 at 2:30
5
6  p.m.
7
8  DATED: 1/9/2007
9
10                      HON. MARTIN J. JENKINS
                     UNITED STATES DISTRICT JUDGE

- 2 -