1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St., Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Robert Graham

FILED
FEB 6 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
UNITED STATES MARSHAL
2007 FEB -6  PM 4:59
[ILLEGIBLE] DISTRICT OF
CALIFORNIA - OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )   No. CR-06-00502-MJJ
         Plaintiff,                 )
                                    )   [~~PROPOSED~~] ORDER FOR RECORDS
    v.                              )   DISCLOSURE
                                    )
ROBERT GRAHAM,                      )
                                    )
         Defendant.                 )
_____)

    Good cause appearing therefore, it is hereby ORDERED that all records in the possession of the Santa Rita Jail Facility, or the Alameda County Sheriff, or the United States Marshals Service, pertaining to medical or dental treatment of Robert Graham, including, but not limited to, grievance forms, prescriptions, treatment provider's notes, internal memoranda, appointment notations, disciplinary forms, or email messages, generated on October 1, 2005 or later, be disclosed and provided to the Office of the Federal Public Defender, 555 12th St., Suite 650, Oakland, CA 94607-3627.

Dated 2/6/07

_____
Hon. Wayne D. Brazil
United States Magistrate Judge

cc: WDB's Stats Copy to parties via ECF
2 certified copies to the Marshal, Monica Tutson