BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Suite 650
Oakland, CA 94607-3627
Tel.  (510)-637-3500

Counsel for Defendant GRAHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 06-00502-MJJ |
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER FOR |
| v. | ) CONTINUANCE AND EXCLUSION |
| | ) OF TIME UNDER THE SPEEDY |
| | ) TRIAL ACT, 18 U.S.C. § 3161 ET |
| ROBERT GRAHAM, | ) SEQ. |
| | ) |
| Defendant. | ) |

# ORDER

Based on the reasons provided in the stipulation of the parties, the court hereby FINDS:

The ends of justice served by vacating the Motions Hearing date currently set for February 22, 2007 and setting the matter down for MOTIONS HEARING on March 16, 2006 at 2:30 p.m. outweigh the best interests of the public and the defendant in a speedy and public trial because counsel are reviewing  discovery, and additional investigation and review are necessary to the defense preparation of the case.  The court further finds that a Motion to Suppress Evidence is pending.

1  Based on these findings, and to the extent applicable, it is ORDERED that time be excluded
2  under the speedy trial act, 18 U.S.C. Section 3161(H) (1)(F), (8)(A) and (B)(iv) from February 22,
3  2007 until March 16, 2007.
4
5  IT IS FURTHER ORDERED that the MOTIONS HEARING date of February 22, 2007 at
6  2:00 p.m., before the Honorable Martin J. Jenkins, be vacated and reset on March 16, 2007 at 2:30
7  p.m.
8
9  DATED:    02/20/07
10
11                                                  _____
                                                    HON. MARTIN J. JENKINS
12                                                  UNITED STATES DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California — signed Judge Martin J. Jenkins]*