BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Suite 650
Oakland, CA 94607-3627
Tel. (510)-637-3500

Counsel for Defendant GRAHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00502-MJJ |
| Plaintiff, | |
| v. | [PROPOSED] ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| ROBERT GRAHAM, | |
| Defendant. | |

## ORDER

Based on the reasons provided in the stipulation of the parties, the court hereby FINDS:

The ends of justice served by vacating the Motions Hearing date currently set for March 16, 2007 and setting the matter down for MOTIONS HEARING on April 13, 2006 at 2:30 p.m. outweigh the best interests of the public and the defendant in a speedy and public trial because counsel are reviewing discovery, and additional investigation and review are necessary to the defense preparation of the case. The court further finds that a Motion to Suppress Evidence has been pending since January 29, 2007.

- 1 -

1     Based on these findings, and to the extent applicable, it is ORDERED that time continue to

2 be excluded under the Speedy Trial Act, 18 U.S.C. Section 3161(H) (1)(F), (8)(A) and (B)(iv)

3 from January 29, 2007, the date the motion was filed, until April 13, 2007, the date of the hearing.

4     IT IS FURTHER ORDERED that the MOTIONS HEARING date of March 16, 2007 at 2:30

5 p.m., before the Honorable Martin J. Jenkins, be vacated and reset on April 13, 2007 at 2:30 p.m.

8 DATED:    3/14/07

                                                 _____
                                               HON. MARTIN J. JENKINS
                                               UNITED STATES DISTRICT JUDGE